IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MANUEL DELGADO,** | : CIVIL ACTION  03-00393-WS-B |
| | : CRIMINAL NO.  98-00216-WS-B |
| Petitioner, | : |
| | : |
| | : CIVIL ACTION  03-00394-WS-B |
| | : CRIMINAL NO.  00-00152-WS-B |
| v. | : |
| | : |
| **UNITED STATES OF AMERICA** | : |
| | : |
| Respondent. | : |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** prejudice.

**DONE** this 22nd day of February, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE